### BARCLAY v. HENRY W. SAVAGE, Inc.

(Supreme Court, Appellate Term, First Department. December 24. 1914.)

MASTER AND SERVANT (§ 30*)—DISCHARGE OF SERVANT—GROUNDS—MISCONDUCT OF SERVANT.

An employé, maliciously cutting and tearing to pieces theatrical costumes of a coemployé, may be discharged by the employer.

[Ed. Note.—For other cases, see Master and Servant, Cent. Dig. §§ 30–36; Dec. Dig. § 30.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Lila Barclay against Henry W. Savage, Incorporated. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued December term, 1914, before GUY, BIJUR, and PAGE, JJ.

Reynolds, Thomas & Friedman, of New York City (A. C. Thomas, of New York City, of counsel), for appellant.

Charles Fox, of New York City (Edward H. Lockwood, of New York City, of counsel), for respondent.

PER CURIAM. The defendant appeals from a judgment in favor of plaintiff, brought to recover damages for breach of contract of employment. The answer pleads justification, and the defendant at the trial introduced convincing proof that plaintiff was discharged because, while in defendant's employment, she maliciously cut and tore to pieces certain theatrical costumes belonging to another actress in the employ of defendant. The preponderance of evidence on this point is so entirely in favor of the defendant that we feel it our duty to set aside the judgment and order a new trial.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes